[No. 31059-7-II. Division Two. April 26, 2005.]

ADELINE ARDESSON ET AL., *Appellants*, v. ATLANTIC RICHFIELD COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-09651-8, Bryan E. Chushcoff, J., entered October 20, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 31247-6-II. Division Two. April 26, 2005.]

BOBBI HOECHLIN ET AL., *Appellants*, v. KATHY URBIHA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-2-01331-5, F. Mark McCauley, J., entered December 15, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 31253-1-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J. RADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00153-8, James B. Sawyer II, J., entered December 11, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.